**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

**LAGUERRE LENSENDRO**

**v.**

**EXPERIAN**

JAN 30 2025 AM 9:15
FILED - USDC - BPT - CT

## I.  Introduction

1.  I, Laguerre-Lensendro, Plaintiff in this action, bring suit against Defendant Experian for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., seeking redress for Defendant's failure to comply with its statutory duties under the FCRA, which resulted in harm to me, as more fully set forth below.

## II.  Parties

2.  I am a natural person residing in Norwalk, Connecticut, and I am a "consumer" as defined by 15 U.S.C. § 1681a(c).

3.  Defendant Experian is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f). Defendant is a person which regularly engages, in whole or in part, in the practice of assembling, analyzing, and maintaining consumer credit history and other information on consumers for the purpose of disseminating such information to third parties.

1

4. Defendant's principal office is located at 475 Anton Blvd., Costa Mesa, California 92626. At all times material to this complaint, Experian transacted business in this district and nationwide.

### III.    Jurisdiction and Venue

5. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1681p, which allows for actions to enforce liability to be brought in U.S. District Court.

6. Venue is proper in this district because the events giving rise to this claim occurred in the District of Connecticut. I reside in this district, and Defendant conducts business within this district.

### IV.    Background

7. The Fair Credit Reporting Act ("FCRA") imposes various obligations on consumer reporting agencies ("CRAs"), such as Experian, to ensure the accuracy and reliability of consumer information.

8. The FCRA obligates CRAs to adopt and implement reasonable procedures to ensure the maximum possible accuracy of consumer information. [15 U.S.C. § 1681e(b).]

9. Under the FCRA, when a consumer disputes the completeness or accuracy of any item in their file, the CRA must conduct a reasonable reinvestigation to determine whether the disputed information is accurate. [15 U.S.C. § 1681i(a)(1)(A).]

10. Within five business days of receiving the dispute, the CRA must notify the furnisher of the disputed information. This notification must include all relevant details provided by

the consumer regarding the dispute. A furnisher is an entity such as a bank, credit card issuer, or debt collector that supplies information about consumers to the CRA. [15 U.S.C. § 1681i(a)(2)(A).]

11. The CRA must complete its reinvestigation within 30 days of receiving the dispute unless an extension is granted. If the CRA cannot verify the accuracy of the disputed information, it must delete or correct the information. [15 U.S.C. § 1681i(a)(5)(A)(i).]

12. In addition, the CRA must notify the furnisher of the information about the deletion or correction. [15 USC 1681i(a)(5)(A)(ii)]

13. Following the reinvestigation, the CRA must provide the consumer with a written notice of the results no later than five business days after its completion. This notice must include whether any information was deleted or modified, and any additional information required by law. [15 U.S.C. § 1681i(a)(6)(A).]

14. Despite these obligation, Experian reports multiple persistent inaccuracies in my file, which I disputed on December 5, 2023. These inaccuracies, detailed in Exhibit 2, remain unresolved as of January 2025.

## V.    Statement of Facts

15. On December 5, 2023, I sent a written dispute to Experian identifying numerous items in my file, attached as Exhibit 1, outlined each discrepancy in detail.

16. On January 5, 2025, I obtained a new report from Experian, Report Number 3970-8620-04. Upon review, I discovered that many of the items disputed in my December 5, 2023 letter remained unresolved.

17. The January 5, 2025, report, as shown in Exhibit 2, Page 1, Item 2403, lists two Name IDs: 8131 and 3791. In my December 5, 2023, dispute (Exhibit 1, Line 2403), I stated: 'It appears so, that I am operating under two names as it [lists] two different Name ID numbers; Why do I have two Name ID numbers?' Despite this dispute, the issue remains unresolved.

18. The January 5, 2025, report, as shown in Exhibit 2, Page 3, Item 2408, lists my employer as 'unemployed with income' and 'not provided.' In my December 5, 2023, dispute (Exhibit 1, Line 2408), I stated: "It seems I have 3 employers, but they all happen to be MCDONALDS." While McDonald's is no longer listed, the employer information remains inaccurate, as "unemployed with income" and "not provided" are not my employers.

19. Exhibit 2, Page 4, Item 2410, lists 26 Broad Street, Norwalk, Connecticut, and denotes it as a business or retail trade location. My actual address is 26 Broad Street, Apartment 4, Norwalk, Connecticut. In my December 5, 2023, dispute (Exhibit 1, Line 2410), I stated: "Under Notices, it lists 26 broad st as being part of a trade/retail business; that is not such and is very misleading. I take no part in any trade or business." Despite this dispute, the error persists in the January 2025 report.

20. Exhibit 2, Page 5, under Payment History, the date closed is missing for the American Express account 3499-929-2204-15283 (Item 2411). This was disputed in line 2411 of the dispute letter (Exhibit 1) but remains unresolved.

21. Exhibit 2, Page 5, Item 2412, indicates that the American Express account is marked as past due, charged off, and written off in January 2025. These conflicting statuses were disputed in line 2412 of Exhibit 1, but the inconsistencies remain in the January 2025 report.

22. Exhibit 2, Page 5, Item 2413, does not show the recent payment amount for the American Express account. This omission was disputed in line 2413 of Exhibit 1, but the information remains missing.

23. Exhibit 2, Page 5, Item 2414, omits the terms of the account, despite this issue being disputed in line 2414 of the dispute letter (Exhibit 1). The terms are still not included in the January 2025 report.

24. Exhibit 2, page 5, items 2416–2435, under the Payment History section, indicate that payments were made and shows that the account is current. However, the corresponding Balance History on pages 6 and 7 does not align with or corroborate the information in the Payment History section. The Balance History [is incomplete] and only covers the period from January 2023 (page 7) to December 2024 (page 6). While the Balance History spans two years, the Payment History on page 5 covers the period from January 2021 through January 2025, reflecting four years of data.

25. The discrepancies mentioned in line 24 highlights the lack of continuity between the Payment History and Balance History sections, as the balance History fails to corroborate or substantiate the four years of payments reflected in the Payment History. Specifically,

items 2416–2428 from the Payment History are missing entirely in the Balance History, and items 2429–2435 in the Balance History show $0 payments, which directly contradict the Payment History showing payments were made and that the account is current. This inconsistency was disputed in lines 2415–2428 of Exhibit 1 but remains unresolved.

26. Exhibit 2, Page 11, Item 2437, does not show the full account number for the listed account. This issue was previously disputed in line 2437 of Exhibit 1, my original correspondence to Experian, but the incomplete account number remains unresolved in the January 2025 report.

27. Exhibit 2, Page 11, Item 2438, does not display the recent payment amount for the listed account. This issue was disputed in line 2438 of Exhibit 1, my original correspondence to Experian, but the recent payment amount remains missing in the January 2025 report.

28. Exhibit 2, Page 11, Item 2439, fails to display the monthly payment amount for the account. This issue was disputed in line 2439 of Exhibit 1, my dispute letter, but it remains unresolved in the January 2025 report.

29. Exhibit 2, Page 11, Item 2440, does not include the terms of the account. This discrepancy was disputed in line 2440 of Exhibit 1, yet the terms remain absent in the January 2025 report.

30. Exhibit 2, Page 11, Item 2441, omits the exact date the account will remain on record until. This issue was raised in line 2441 of Exhibit 1, but the January 2025 report still does not display this information.

31. Exhibit 2, Page 11, Item 2442, lists the account as charged off, written off, and past due simultaneously, with an inconsistent past due amount of $818 as of December 2024. This

issue was disputed in line 2442 of Exhibit 1, where the account was originally reported as charged off in November 2023, yet the error persists in the January 2025 report.

32. Exhibit 2, Page 11, Items 2443–2484, under the Payment History section, show activity for the account, indicating that payments were made. However, the Balance History section, found on Pages 12 and 13, fails to include corresponding data to corroborate this information. Specifically, the Balance History only provides data for the period between January 2023 (starting on Page 13) and November 2024 (on Page 12). In contrast, the Payment History section spans a significantly longer period, from 2018 through 2024. While the Payment History covers more than five years of data, the Balance History spans less than two years, items within the Payment History, such as Items 2443–2484, which reflect payments made from 2018 to 2022 are not substantiated by the corresponding Balance History.  This issue was disputed in lines 2443–2484 of Exhibit 1, but it remains unresolved in the January 2025 report.

33. Item 2507 On page 17 of Exhibit 2, the account number is incomplete and only displays partial numbers. This issue was disputed in line 2507 of Exhibit 1, but as of the January 5, 2025, report, the error persists, and the complete account number is still not provided.

34. Item 2508, the balance for the account is missing and is instead represented by a dash mark on page 17 of Exhibit 2. This issue was disputed in line 2508 of Exhibit 1, but it remains unresolved in the January 5, 2025, report.

35. Item 2509, the "Balance Updated" field does not display an updated balance and only shows a dash mark on page 17 of Exhibit 2. This inaccuracy was disputed in line 2509 of Exhibit 1, yet it remains uncorrected in the January 5, 2025 report.

36. Item 2510 the "Monthly Payment" field is blank, displaying only a dash mark on page 17 of Exhibit 2. This was disputed in line 2510 of Exhibit 1, but the inaccuracy persists in the January 5, 2025 report.

37. Item 2511, the "Terms" of the account are not provided and are represented by a dash mark on page 17 of Exhibit 2. This issue was disputed in line 2511 of Exhibit 1, but it remains unresolved in the January 5, 2025, report.

38. Item 2512 the field indicating the date for how long this account will remain on record is incomplete and only shows a dash mark on page 17 of Exhibit 2. This issue was disputed in line 2512 of Exhibit 1, but it is still not corrected in the January 5, 2025 report.

39. Item 2513 for March 2023, the Payment History section on page 17 of Exhibit 2 shows only a dash mark, indicating missing data for that month. This issue was disputed in line 2513 of Exhibit 1, but the inaccuracy persists in the January 5, 2025 report.

40. Items 2514 to 2521, the Payment History section on page 17 of Exhibit 2 indicates that the account is current and that the terms were met. However, no Balance History section exists to substantiate or corroborate these entries. The lack of supporting data was disputed in lines 2514 to 2521 of Exhibit 1, yet this issue remains unresolved in the January 5, 2025 report.

41.  Exhibit 2, Page 18, Item 2567, omits the full account number for the account. This issue was raised in line 2567 of Exhibit 1, yet it remains unresolved in the January 2025 report.

42. Exhibit 2, Page 18, Item 2570, does not indicate the exact date the account status was updated. This discrepancy was disputed in line 2570 of Exhibit 1, but the date is still not displayed in the January 2025 report.

43. Exhibit 2, Page 18, Item 2573, fails to show the monthly payment amount for the account. This omission was disputed in line 2573 of Exhibit 1, yet the error persists in the January 2025 report.

44. Exhibit 2, Page 18, Item 2574, omits the terms of the account. This was disputed in line 2574 of Exhibit 1, but the January 2025 report continues to lack this information.

45. Exhibit 2, Page 18, Item 2575, fails to list the exact date the account will remain on record until. This issue was raised in line 2575 of Exhibit 1, yet the January 2025 report still does not include this critical information.

46. Exhibit 2, Page 19, Item 2585 (August 2022) under the Payment History section, shows "ND" (no data), failing to provide accurate information for that month.

47. Items 2586–2600 (September 2022 to November 2023) indicate a recurring "charge-off" for each month, but no charge-off amounts are listed. This information was requested in lines 2585–2600 of Exhibit 1, but it remains uncorrected and/or incomplete in the January 2025 report.

48. Additionally, the Balance History section, located on Pages 19 and 20 of Exhibit 2, only provides data for the period from November 2024 (Page 19) to February 2023 (Page 20). The balance history is missing all data for 2022 and does not include the full months of 2023, failing to align with and corroborate the Payment History entries on Page 18-19. This issue was disputed in lines 2585–2600 of Exhibit 1, yet the discrepancies persist in the January 2025 report.


**VI.    Count 1: Failure to Conduct a Reasonable Investigation [15 U.S.C. § 1681i(a)(1)(A)]**

49. I re-allege and incorporate all preceding paragraphs as if fully set forth herein.

50. Under 15 U.S.C. § 1681i(a)(1)(A), Experian is required to conduct a reasonable reinvestigation of any disputed information within 30 days of receiving a consumer dispute to determine whether the disputed information is inaccurate.

51. On December 5, 2023, I submitted a written dispute to Experian regarding multiple inaccuracies in my credit file. My dispute letter, attached as Exhibit 1, identified specific errors and requested correction or deletion of the inaccurate information.

52. Experian failed to conduct a reasonable reinvestigation, as evidenced by the fact that the disputed items/information remain in my file as of the January 5, 2025, report (Exhibit 2). The unresolved errors include, but are not limited to: multiple name IDs creating the appearance of multiple identities (Exhibit 2, Page 1, Item 2403); incorrect employer information (Exhibit 2, Page 3, Item 2408); inaccurate address designation, listing my residential apartment as a business location (Exhibit 2, Page 4, Item 2410); inconsistent and incomplete account details, including missing payment history, unverified balances, and contradictory charge-off notations (Exhibit 2, Pages 5-19, Items 2411-2600).

53. Under 15 U.S.C. § 1681i(a)(2)(A), upon receiving my dispute, Experian was required to notify the furnisher of the disputed information within five business days and provide all relevant details of my dispute. There is no indication that Experian complied with this requirement.

54. Under 15 U.S.C. § 1681i(a)(6)(A), Experian was required to notify me of the results of its reinvestigation within five business days after completing its reinvestigation. There is no indication Experian complied with this requirement.

**VII.    Count 2: Failure to Delete Inaccurate Information [15 U.S.C 1681i (a) 5(a) (A)**

55. I re-allege and incorporate all preceding paragraphs as if fully set forth herein.

56. Under 15 U.S.C. § 1681i(a)(5)(a)(1), Experian is required to delete or modify any information that is found to be inaccurate, incomplete, or unverifiable after conducting a reasonable reinvestigation.

57. Despite my December 5, 2023, dispute letter outlining inaccuracies, Experian failed to delete or modify the disputed information.

58. Items such as duplicate name IDs (Line 16), incorrect addresses (Lines 17, 19), and incomplete account details (Lines 22–37) remained in my report dated January 5, 2025, demonstrating Experian's noncompliance.

59. Experian's failure to delete the inaccurate information violates § 1681i(a)(5).


## VIII.   Count 3: Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy [15 U.S.C 1681e (b)]

60. I re-allege and incorporate all preceding paragraphs as if fully set forth herein.

61. Under 15 U.S.C. § 1681e(b), Experian is required to follow reasonable procedures to assure maximum possible accuracy of the information in my report.
    The January 5, 2025, report (Exhibit 2) contains pervasive inaccuracies, as mentioned in lines 17-48.

62. The inaccuracies present in my file demonstrate that the information reported by Experian fails to meet the statutory requirement of ensuring maximum possible accuracy under 15 U.S.C. § 1681e(b). As shown in the evidence, the data remains incomplete and/or inaccurate.

63. Experian's actions and omissions constitute a violation of 15 U.S.C. § 1681e(b).

## IX.    Count 4: Willful Noncompliance [15 U.S.C 1681 n]

58. I re-allege and incorporate all preceding paragraphs as if fully set forth herein.

59. Under 15 U.S.C. § 1681n, Experian is liable for willful noncompliance with the FCRA.

60. A willful violation occurs when a CRA knowingly disregards its obligations or acts in reckless disregard of its statutory duties.

61.  Despite receiving my December 5, 2023, dispute letter (Exhibit 1) outlining the issues, Experian failed to correct these inaccuracies, as evidenced by the January 5, 2025 report (Exhibit 2) These failures demonstrate either a knowing violation or reckless disregard for Experian's duties under the FCRA.

## X.    Count 5: Negligent Noncompliance [15 U.S.C 1681 O]

62. I re-allege and incorporate all preceding paragraphs as if fully set forth herein. Defendant had a duty under the Fair Credit Reporting Act to follow reasonable procedures to assure the maximum possible accuracy of the information it reported (15 U.S.C. § 1681e(b) and to conduct a reasonable reinvestigation of disputed information (15 U.S.C. § 1681i(a).

63. Defendant was negligent in complying with its obligations under the FCRA, including but not limited to:

a.   Failing to delete or modify inaccurate, incomplete, or unverifiable information after reinvestigation, in violation of 15 U.S.C. § 1681i(a)(5)(A)(i)

b.   Failing to follow reasonable procedures to assure maximum possible accuracy of information, in violation of 15 U.S.C. § 1681e(b)

c.   Failing to provide me with the results of its reinvestigation within five business days, in violation of 15 U.S.C. § 1681i(a)(6)(A)

## XI.    Damages

64. Under the Fair Credit Reporting Act (FCRA), Experian, are required to assure maximum possible accuracy of the information they report. Furthermore, the FCRA mandates that when a consumer disputes any item or information pertaining to an account, the agency must conduct a reinvestigation. If the information cannot be verified or corrected to meet the standard of maximum possible accuracy, it must be deleted.

65. After submitting a formal dispute on December 5, 2023, regarding multiple inaccuracies in my Experian credit file, Experian failed to ensure the disputed information was corrected, verified, or deleted as required. Instead, the disputed items remained in my file. These inaccuracies were material, as they directly affected how creditors, including Sound Federal Credit Union, assessed my creditworthiness.

66. Specifically, Sound Federal Credit Union cited "too many delinquent or derogatory accounts" as a reason for taking adverse action against me, for those accounts had negatively impacted my credit score. [Please see exhibit 3]

67. Those accounts should have been deleted because Experian failed to verify or correct them. The exhibits attached to this complaint demonstrate that Experian did not conduct a

sufficient reinvestigation to meet the standard of maximum possible accuracy required under the FCRA.

### XII.    Prayer for Relief

WHEREFORE, I request that this Court:

    a.  Award statutory damages

    b.  Award actual damages

    c.  Award punitive damages to deter Experian and other consumer reporting agencies from engaging in similar conduct in the future.

I verify all herein to be true upon information and belief and demand a trial by way of jury

Respectfully submitted,

Laguerre Lensendro

26 Broad st apt 4

Norwalk CT

06851

01/30/2025

*Exhibit 1*

CM # 9589 0710 5270 0938 4320 31
1

Greetings to whomever reading this,

I pulled my consumer disclosure file on 12/05/2023 for each bureau. And I have realized there are a multitude of errors on you'se part. Now I write and send this to show the 3 {EXPERIAN, EQUIFAX, TRANSUNION}  you'se the errors which you'se have made and kindly ask that you fix them so my report may be complete and accurate.

I attached with this correspondence is a copy of my id and SSn # and a piece of mailing so you'se are sure this is not a frivolous dispute.

Transunion

Personal information

1.  My social security contains only the last 4; such piece of information is incomplete.

Addresses

2.  I do not, nor have I ever lived at 133 Tresser blvd apt 12C Stamford CT,06901-3148

Phone Numbers

3.  I do not have the phone # 475-489-0731
4.  I do not have the phone # 203-360-5664
5.  I do not have the phone # 475-889-0294
6.  I do not have the phone # 475-889-3315
7.  I do not have the phone # 203-286-6387

Employers Information

8.  I do not work at MCdonalds

Account American Express
Account information

9.  The account number is incomplete and inaccurate, as it is missing the last 4 digits.
10. The monthly payment amount is not $159 but rather $159.00.
11. The balance is not $3,858 but rather $3,858.00.
12. When originally signing up for this extension of credit the amount was not $159 as you'se indicate.
13. The high balance is not $1,117 from 05/2023 to 06/2023 but rather $1,117.00.
14. The high balance of $3,693is incomplete and therefore inaccurate; but rather $3,693.00.
15. The high balance of $3,829 is incomplete and therefore inaccurate as it is actually $3,829.00.
16. The high balance of $3,858 is incomplete and therefore inaccurate as it is $3,858.00

2380.    What is the amount past due for the month of July 2023?
2381.    What is the amount past due for the month of august 2023?
2382.    What is the amount past due for the month of September 2023?
2383.    What is the amount past due for the month of October 2023?
2384.    What is the amount past due for the month of November 2023?
2385.    What is the amount past due for the month of December 2023?

## Payment History

2386.    If I am 30 days late in february, How am I 90 lays late in march?

## Account details

2387.    What is the credit limit amount?
2388.    What is the actual payment amount?
2389.    What is the date of the last activity?
2390.    What is the deferred payment start date?
2391.    What is the balloon payment date ?
2392.    What is the exact day of first delinquency
2393.    If the account was opened in 2021 why is it only reported in 2022 and not 2021?
2394.    What is the exact day of last payment?
2395.    When was the first delinquency reported?
2396.    What is the creditor classification?
2397.    What is the charge off amount?
2398.    What is the balloon payment amount?
2399.    What was the exact date the account was closed?

## Personal information

2400.    My social security only has the last 4 digits, why is it incomplete?
2401.    I have never lived at 133 Tresser BLVD apt 12c Stamford, CT 06901
2402.    I do not work at MCDONALDS

## EXPERIAN

## Personal Information

2403.    It appears so, that I am operating under 2 names as It two different name ID numbers; Why do I have two name ID numbers?
2404.    I do not live nor have I ever lived at 26 broad st apt 44 Norwalk CT, 06851-6185
2405.    I have never lived at 133 Tresser Blvd Apt 12c Stamford CT,06901-3418

2406.    I do not have the number 203 286 6387

2407.    I do not have the number 203 360 5664

2408.    It seems I have 3 employers, but they all happen to be MCDONALDS

2409.    I do not work at MCDONALDS

2410.    Under Notices It list my apartment as being part of a trade/retail business, that is not such and is very misleading. I take no part in any trade or business.


Accounts

American EXpress- 3499929220415283

Account info

2411.    Under account info it does not show on which the account was closed.

2412.    Under payment history it shows that I am past due as of april, but under account information it shows I am past due as of december 2023; which one is it?

2413.    Why is my most recent payment not shown?

2414.    Why are the terms of the contract not shown?

Payment HIstory

2415.    The account was opened in October 2021. Why is the month of November 2021 not showing the amount paid?

2416.    It shows I paid in december 2021 but it does not show the amount paid under balance histories

2417.    It shows I paid something in January 2022 under payment history, but under balance histories it shows I paid nothing.

2418.    It shows I paid something in February 2022 under payment history, but under balance histories it shows I paid something.

2419.    It shows I paid something under payment history, but under balance histories it shows I paid nothing for the month of march 2022.

2420.    It shows I paid something under payment history,  but under balance histories it show I paid nothing.for the month of april 2022

2421.    It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of may 2022.

2422.    It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of june 2022.

2423.    It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of july 2022.

2424.    It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of august 2022.

2425.    It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of september 2022.

2426.  It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of october 2022.

2427.  It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of november 2022.

2428.  It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of december 2022.

2429.  It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of january 2023.

2430.  It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of february 2023.

2431.  It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of march 2023.

2432.  It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of april 2023.

2433.  It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of may 2023.

2434.  It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of june 2023.

2435.  It shows I paid something under payment history,  but under balance histories it shows I paid nothing.for the month of july 2023.

2436.  From the month of january 2022 to june 2023 the balances go up and down but it shows I paid nothing for all those months.

Bank Of America- 552433xxxxxxxxx

Account info

2437.  The account number is incomplete, for it only shows the first 6 digits.

2438.  The most recent payment made is missing

2439.  The monthly payment is missing

2440.  Why are the  terms of the contract left blank?

2441.  What is the exact day this account will be removed?

2442.  The account shows to be charged off in november 2023 but under payment history it shows to be charged off in october 2023. How is that so?

Payment History

2443.  Why does the information indicate that I paid, but it does not show the amount I paid for the month of December 2018?

2444.  Why does the information indicate that I paid, but it does not show the amount I paid for the month of january 2019?

2445.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of february 2019?

2446.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of march 2019?

2447.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of April 2019?

2448.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of may 2019?

2449.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of june 2019?

2450.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of july 2019?

2451.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of august 2019?

2452.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of september 2019?

2453.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of october 2019?

2454.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of november 2019?

2455.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of december 2019?

2456.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of january 2020?

2457.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of february 2020?

2458.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of march 2020?

2459.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of april 2020?

2460.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of may 2020?

2461.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of june 2020?

2462.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of july 2020?

2463.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of august 2020?

2464.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of september 2020?

2465.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of october 2020?

2466.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of november 2020?

2467.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of december 2020?

2468.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of january 2021?

2469.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of february 2021?

2470.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of march 2021?

2471.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of april 2021?

2472.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of may 2021?

2473.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of june 2021?

2474.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of july 2021?

2475.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of august 2021?

2476.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of September 2021?

2477.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of October 2021?

2478.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of november 2021?

2479.    Why does the information indicate that I paid, but under balance histories it shows I paid nothing for the month of december 2021?

2480.    Why does the information indicate that I paid, but under balance histories it shows I paid nothing for the month of january.2022?

2481.    Why does the information indicate that I paid, but under balance histories it shows I paid nothing for the month of february 2022?

2482.    Why does the information indicate that I paid, but under balance histories it shows I paid nothing for the month of march 2022?

2483.    Why does the information indicate that I paid, but under balance histories it shows I paid nothing for the month of april 2022?

2484.    Why does the information indicate that I paid, but under balance histories it shows I paid nothing for the month of may 2022?

2485.    What is the past due amount for the month of April 2022?

2486.    What is the past due amount for the month of may 2022?

2487.    What is the past due amount for the month of June 2022?

2488.    What is the past due amount for the month of July 2022?

2489.    Why is there no data for the month of august 2022?

2490.    What is the past due amount for the month of September 2022?

2491.    What is the charge off amount for the month of october 2022?

2492.    Why is there no data for the month of  november 2022?

2493.    Why is there no data for the month of  december 2022?
2494.    Why is there no data for the month of  january 2023?
2495.    Why is there no data for the month of  february 2023?
2496.    Why is there no data for the month of  march 2023?
2497.    What is the charge off amount for the month of april 2023?
2498.    What is the charge off amount for the month of may 2023?
2499.    What is the charge off amount for the month of june 2023?
2500.    What is the charge off amount for the month of july 2023?
2501.    What is the charge off amount for the month of august 2023?
2502.    What is the charge off amount for the month of september 2023?
2503.    What is the charge off amount for the month of october 2023?
2504.    What is the charge off amount for the month of november 2023?
2505.    Why is there no information for the month of december 2023?
2506.    What is the exact date account was closed?


Capital One –400344xxxxxxxxxxxx

Account info
2507.    What is the full account number?
2508.    Why is the balance missing?
2509.    What is the last date the balance was updated?
2510.    What is the monthly payment amount?
2511.    What are the terms of the contract?
2512.    What is the exact day this shall be removed from the consumer file?

Payment History

2513.    Why is there no data for march 2023?
2514.    Why is there an indication of payment but the amount paid is not shown for the month of April 2021?
2515.    Why is there an indication of payment but the amount paid is not shown for the month of may 2021?
2516.    Why is there an indication of payment but the amount paid is not shown for the month of june 2021?
2517.    Why is there an indication of payment but the amount paid is not shown for the month of july 2021?
2518.    Why is there an indication of payment but the amount paid is not shown for the month of august 2021?
2519.    Why is there an indication of payment but the amount paid is not shown for the month of september 2021?
2520.    Why is there an indication of payment but the amount paid is not shown for the month of october 2021?

2521.   Why is there an indication of payment but the amount paid is not shown for the month of november 2021?

2522.   Why is there an indication of payment but the amount paid is not shown for the month of december 2021?

Balance Histories

2523.   What is the schedule payment amount?

CBNA –426937xxxxxxxxxx

Account info

2524.   The account number contains only the first 6 digits, what is the full account number?

2525.   Under account info it says the account was charged off in December 2023 but under payment history it shows the account to be charged off in September of 2021?

2526.   What is the exact date the status was updated?

2527.   It does not show, When was the most recent payment made?

2528.   What is the monthly payment? It does not show.

2529.   What are the terms of the contract such piece of information is left blank.

2530.   What is the day this information will be on record until?

Payment History

2531.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of february 2021?

2532.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of march 2021?

2533.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of april 2021?

2534.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of may 2021?

2535.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of june 2021?

2536.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of july 2021?

2537.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of august 2021?

2538.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of september 2021?

2539.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of october 2021?

2540.   Why does the information indicate that I paid, but it does not show the amount I paid for the month of november 2021?

2541.   Why does the information indicate that I paid something under the payment history section, but it shows I paid nothing under the balance history section for the month of december 2021?

2542.   Why does the information indicate that I paid something under the payment history section, but it shows I paid nothing under the balance history section for the month of  january 2022

2543.   Why does the information indicate that I paid something under the payment history section, but it shows I paid nothing under the balance history section for the month of february 2022?


2544.   What was the amount past due for the month of march 2022?

2545.   What was the amount past due for the month of  april 2022?

2546.   What was the amount past due for the month of may 2022?

2547.   What was the amount past due for the month of june 2022?

2548.   What was the amount past due for the month of  july 2022?

2549.   What was the amount past due for the month of august 2022?

2550.   What is the charge off amount for the month of september 2022?

2551.   What is the charge off amount for the month of october 2022?

2552.   What is the charge off amount for the month of november 2022?

2553.   What is the charge off amount for the month of december 2022?

2554.   What is the charge off amount for the month of january 2023?

2555.   What is the charge off amount for the month of february 2023?

2556.   What is the charge off amount for the month of march 2023?

2557.   What is the charge off amount for the month of april 2023?

2558.   What is the charge off amount for the month of may 2023?

2559.   What is the charge off amount for the month of june 2023?

2560.   What is the charge off amount for the month of July 2023?

2561.   What is the charge off amount for the month of august 2023?

2562.   What is the charge off amount for the month of September 2023?

2563.   What is the charge off amount for the month of October 2023?

2564.   What is the charge off amount for the month of november 2023?

2565.   What is the charge off amount for the month of december 2023?

2566.   What is the exact date the account was closed?

Discover Bank— 601101xxxxxxxxx

Account info

2567.   What is the full account number? It is incomplete as it's only showing the first 6 digits?

2568.   The status of the account is unclear; was written ofo or charged off?

2569.   Under payment history it shows the account to be charged off back in august of 202, but under account info it show to be charged off in november of 2023, which one is it?

2570.   What is the exact day the status of the account was updated?

2571.   When was the most recent payment made? This piece of info is left blank?

2572.   What is the monthly payment amount? This piece of information is left blank?

2573.   What is the monthly payment amount? It does not say.

2574.    What are the terms of the contract? It does not say.

2575.    Until when will this account be on record? The exact date

Payment History

2576.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of november 2021?

2577.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of december 2021?

2578.    Why does the information indicate that I paid, but it does not show the amount I paid for the month of January 2022?

2579.    What was the amount past due for the month of february 2022?

2580.    What was the amount past due for the month of march 2022?

2581.    What was the amount past due for the month of april 2022?

2582.    What was the amount past due for the month of may 2022?

2583.    What was the amount past due for the month of june 2022?

2584.    What was the amount past due for the month of july 2022?

2585.    What was the amount past due for the month of august 2022?

2586.    What was the amount charged off for the month of september 2022?

2587.    What was the amount charged off for the month of october 2022?

2588.    What was the amount charged off for the month of november 2022?

2589.    What was the amount charged off for the month of december 2022?

2590.    What was the amount charged off for the month of january 2023?

2591.    What was the amount charged off for the month of febuary 2023?

2592.    What was the amount charged off for the month of march 2023?

2593.    What was the amount charged off for the month of april 2023?

2594.    What was the amount charged off for the month of may 2023?

2595.    What was the amount charged off for the month of june 2023?

2596.    What was the amount charged off for the month of july 2023?

2597.    What was the amount charged off for the month of august 2023?

2598.    What was the amount charged off for the month of september 2023?

2599.    What was the amount charged off for the month of october 2023?

2600.    What was the amount charged off for the month of november 2023?

2601.    Why is there no data for the month of december 2023?

2602.    What is the exact day this account will be removed?

Enhanced recovery– 246832xxxxxxxxxx

Account info

2603.    What is the full account number? Only the first 6 digits are showing?

2604.    How could the status of the account be updated in august 2023 if the account went into collect in october of 2023?

2605.    What is the recent payment amount?
2606.    What is the monthly payment amount?
2607.    What is the highest balance amount?
2608.    Why is there no data for november 2023?
2609.    Why is there no data for december 2023?
2610.    What is the exact day the account went into collection?
2611.    Why is the exact day this account will be removed?
2612.    If there is no scheduled payment, why is there a balance?
2613.    How is Tmobile the creditor if they never loaned me any money?


Verizon Wireless— 589431xxxxxxxxx

Account info

2614.    What is the full account number? Only the first 6 digits are showing.
2615.    What is the factual date the account was charged off? Under account info it says Nov 2023 but under payment history it shows it to be back in October of 2021.
2616.     What is the exact date the status of the account was updated?
2617.    When was the most recent payment? Such piece of information is left blank.
2618.    What is the monthly payment? Such piece of information is left blank.
2619.    What is the exact day this account will be removed?


2620.    What is the charge off amount for the month of october 2021?
2621.    What is the charge off amount for the month of november 2021?
2622.    What is the charge off amount for the month of december 2021?
2623.    What is the charge off amount for the month of january 2022?
2624.    What is the charge off amount for the month of february 2022?
2625.    What is the charge off amount for the month of march 2022?
2626.    What is the charge off amount for the month of april 2022?
2627.    What is the charge off amount for the month of may 2022?
2628.    What is the charge off amount for the month of june 2022?
2629.    What is the charge off amount for the month of july 2022?
2630.    What is the charge off amount for the month of august 2022?
2631.    What is the charge off amount for the month of september 2022?
2632.    What is the charge off amount for the month of october 2022?
2633.    Why is there no data for the month of december 2022?
2634.    What is the charge off amount for the month of january 2023?
2635.    What is the charge off amount for the month of february 20223?
2636.    What is the charge off amount for the month of march 2023?
2637.    What is the charge off amount for the month of april 2023?
2638.    What is the charge off amount for the month of may 2023?
2639.    What is the charge off amount for the month of june 2023?
2640.    What is the charge off amount for the month of july 2023?

2641.    What is the charge off amount for the month of august 2023?

2642.     What is the charge off amount for the month of september 2023?

2643.    Why is there no data for the month of october 2023?

2644.    What is the charge off amount for the month of november 2023?

2645.    Why is there no data for the month of december 2023?


2646.    On what day in april 2023 was this dispute updated from your processing?

1/5/25, 10:08 PM

Annual Credit Report - Experian

*Exhibit 2*

Prepared For

**LENSENDRO LAGUERRE**

**Personal & Confidential**

**Date Generated**   Jan 5, 2025

**Report Number**   3970-8620-04

# At a Glance          6 Accounts          0 Public Records          11 Hard Inquiries

## Personal Information

2 Names          2 Addresses          2 Employers          1 Personal Statements          5 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.



### Names

2403

**LENSENDRO LAGUERRE**

Name ID #8131

**LAGUERRE LENSENDRO**

Name ID #3791





2404

## Addresses

| | |
|---|---|
| **26 BROAD ST** | **26 BROAD ST APT4** |
| **NORWALK CT, 06851-6185** | **NORWALK CT, 06851-6185** |
| Address ID #0010857440 | Address ID #0352067809 |
| Multifamily | Apartment complex |

4

## Year of Birth

5

**2000**



## Phone Numbers

**(203) 818-2916**

Cellular

**(475) 889-0294**

Cellular

2408

## Employers

**UNEMPLOYED WITH INCOME**

**NOT PROVIDED**

## Notices

2410

This address has pertained to a business: 26 BROAD ST NORWALK CT 06851.

RETAIL TRADE BUSINESS: 26 BROAD ST, NORWALK, CT, 06851.

## Personal Statements

ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 475-889-0294 OR EVENING 475-489-0731 . THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 01-28-23.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

### AMERICAN EXPRESS
**POTENTIALLY NEGATIVE**





1/5/25, 10:08 PM

Annual Credit Report - Experian

*Date Closed?*

## Account Info

| | |
|---|---|
| Account Name | **AMERICAN EXPRESS** |
| Account Number | **3499929220415283** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **10/30/2021** |
| Status | **Account charged off. $3,858 written off. $318 past due as of Jan 2025.** |
| Status Updated | **Jan 2024** |
| Balance | **$3,858** |
| Balance Updated | **01/02/2025** |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | **$1,000** |
| Highest Balance | **$3,858** |
| Terms | |
| On Record Until | **Apr 2030** |

## Payment History



| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ | _ |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | ✓ | | | | | | | ✓ | 30 | 60 | 90 | 120 | 150 |
| 2022 | ✓ | | | | ✓ | ✓ | ✓ | | | | _ | ✓ |
| 2021 | | _ | | | | | | | | | | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

### Payment history guide

Charge Off as of Jan 2025, Jan 2024 to Dec 2024

150 days past due as of Dec 2023

120 days past due as of Nov 2023

https://usa.experian.com/acr/printReport?type=CDI

5/45

90 days past due as of Oct 2023

60 days past due as of Sep 2023

30 days past due as of Aug 2023

This account is scheduled to continue on record until Apr 2030.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Dec 2024** | **$3,858** | $0 | $0 |
| **Sep 2024** | **$3,858** | $0 | $0 |
| **Aug 2024** | **$3,858** | $0 | $0 |
| **Jul 2024** | **$3,858** | $0 | $0 |
| **Jun 2024** | **$3,858** | $0 | $0 |
| **May 2024** | **$3,858** | $0 | $0 |
| **Apr 2024** | **$3,858** | $0 | $0 |
| **Mar 2024** | **$3,858** | $0 | $0 |
| **Feb 2024** | **$3,858** | $0 | $0 |
| **Jan 2024** | **$3,858** | $0 | $0 |
| **Dec 2023** | **$3,858** | $159 | $0 |
| **Nov 2023** | **$3,858** | $188 | $0 |
| **Oct 2023** | **$3,829** | $157 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Sep 2023 | $3,829 | $157 | $0 |
| Aug 2023 | $3,829 | $262 | $0 |
| Jul 2023 | $3,693 | $238 | $0 |
| Jun 2023 | $103 | $103 | $0 |
| May 2023 | $750 | $40 | $0 |
| Apr 2023 | $1,117 | $84 | $0 |
| Mar 2023 | $1,050 | $71 | $0 |
| Feb 2023 | $985 | $40 | $0 |
| Jan 2023 | $760 | $40 | $0 |

**Additional info**

Between Jan 2023 and Dec 2024, your credit limit/high balance was $1,000



**Contact Info**

Address                PO BOX 981537,
                       EL PASO TX 79998

Phone Number           (800) 874-2717

**Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

Account closed at credit grantor's request.

*(handwritten right margin annotations:)* 2415, 2416, 2417, 2418, 2419, 2420, 2421, 2422, 2423, 2424, 2425, 2426, 2427, 2428

2435, 2434, 2433, 2432, 2431, 2430, 2429

Missing, see lines 2416—2428 & Exhibit 1 and Confer with Pg 5 of exhibit 2

**Previous:**

**Account closed at credit grantor's request.**

Dec 2024

**Completed investigation of FCRA dispute - consumer disagrees.**

Dec 2024, Feb 2023 to Sep 2024

## Reinvestigation Info

**This item was updated from our processing of your dispute in Dec 2023.**

# BANK OF AMERICA

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **BANK OF AMERICA** | Balance | $276 |
| Account Number | **440066XXXXXXXXXX** | Balance Updated | 12/28/2024 |
| Account Type | **Credit card** | Recent Payment | |
| Responsibility | **Authorized user** | Monthly Payment | $25 |
| Date Opened | **11/06/2015** | Credit Limit | $5,000 |
| Status | **Open/Never late.** | Highest Balance | $1,180 |
| Status Updated | **Dec 2024** | Terms | - |

## Payment History



| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Annual Credit Report - Experian



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2023** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **2022** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **2021** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **2020** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **2019** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **2018** | ✓ | | | | | | | | | | | |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Nov 2024** | $39 | $25 | $0 on 11/25/2024 |
| **Oct 2024** | $120 | $25 | $0 on 10/26/2024 |
| **Sep 2024** | $35 | $25 | $0 on 9/26/2024 |
| **Aug 2024** | $0 | $0 | $0 on 8/26/2024 |
| **Jul 2024** | $0 | $0 | $0 on 7/26/2024 |
| **Jun 2024** | $0 | $0 | $0 on 6/26/2024 |
| **May 2024** | $0 | $0 | $0 on 5/24/2024 |
| **Apr 2024** | $49 | $25 | $0 on 4/22/2024 |
| **Mar 2024** | $86 | $25 | $0 on 3/25/2024 |
| **Feb 2024** | $54 | $25 | $0 on 2/23/2024 |
| **Jan 2024** | $116 | $25 | $0 on 1/24/2024 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Dec 2023 | $76 | $25 | $0 on 12/26/2023 |
| Oct 2023 | $841 | $25 | $0 on 10/26/2023 |
| Sep 2023 | $359 | $25 | $0 on 9/26/2023 |
| Aug 2023 | $35 | $25 | $0 on 8/26/2023 |
| Jul 2023 | $0 | $0 | $0 on 7/25/2023 |
| Jun 2023 | $0 | $0 | $0 on 6/26/2023 |
| May 2023 | $0 | $0 | $0 on 5/23/2023 |
| Apr 2023 | $0 | $0 | $0 on 4/26/2023 |
| Mar 2023 | $0 | $0 | $0 on 3/25/2023 |
| Feb 2023 | $554 | $36 | $0 on 1/26/2023 |
| Jan 2023 | $96 | $25 | $0 on 1/26/2023 |

**Additional info**

Between Jan 2023 and Nov 2024, your credit limit/high balance was $5,000

**Contact Info**

Address

PO BOX 982238,
EL PASO TX 79998

Phone Number

(800) 421-2110

1/5/25, 10:08 PM

Annual Credit Report - Experian

# BANK OF AMERICA

**POTENTIALLY NEGATIVE**



## Account Info

| | |
|---|---|
| Account Name | BANK OF AMERICA |
| Account Number | 552433XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Date Opened | 10/15/2018 |
| Status | Account charged off. $820 written off. $818 past due as of Dec 2024. |
| Status Updated | Nov 2022 |

| | |
|---|---|
| Balance | $818 |
| Balance Updated | 12/12/2024 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $500 |
| Highest Balance | $820 |
| Terms | |
| On Record Until | Dec 2028 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | ND | ND | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | ND | 150 | CO | ND |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |

Annual Credit Report - Experian

1/5/25, 10:08 PM

CO   Charge off          ND   No data for this period

**Payment history guide**

Charge Off as of Dec 2024, Nov 2024, Oct 2024, Sep 2024, Aug 2024, Jul 2024, Jun 2024, May 2024, Apr 2024, Mar 2024, Feb 2024, Jan 2024, Dec 2023, Nov 2023, Oct 2023, Sep 2023, Aug 2023, Jul 2023, Jun 2023, May 2023, Apr 2023, Mar 2023, Oct 2022

150 days past due as of Sep 2022

120 days past due as of Jul 2022

90 days past due as of Jun 2022

60 days past due as of May 2022

30 days past due as of Apr 2022

This account is scheduled to continue on record until Dec 2028.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Nov 2024 | $818 | $0 | $0 on 2/11/2022 |
| Oct 2024 | $818 | $0 | $0 on 2/11/2022 |
| Sep 2024 | $818 | $0 | $0 on 2/11/2022 |
| Aug 2024 | $818 | $0 | $0 on 2/11/2022 |
| Jul 2024 | $818 | $0 | $0 on 2/11/2022 |
| Jun 2024 | $818 | $0 | $0 on 2/11/2022 |
| May 2024 | $818 | $0 | $0 on 2/11/2022 |
| Apr 2024 | $818 | $0 | $0 on 2/11/2022 |
| Mar 2024 | $818 | $0 | $0 on 2/11/2022 |

1/5/25, 10:08 PM

Annual Credit Report - Experian

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2024 | $818 | $0 | $0 on 2/11/2022 |
| Jan 2024 | $818 | $0 | $0 on 2/11/2022 |
| Dec 2023 | $818 | $0 | $0 on 2/11/2022 |
| Nov 2023 | $820 | $0 | $0 on 2/11/2022 |
| Oct 2023 | $820 | $0 | $0 on 2/11/2022 |
| Sep 2023 | $820 | $0 | $0 on 2/11/2022 |
| Aug 2023 | $820 | $0 | $0 on 2/11/2022 |
| Jul 2023 | $820 | $0 | $0 on 2/11/2022 |
| Jun 2023 | $820 | $0 | $0 on 2/11/2022 |
| May 2023 | $820 | $0 | $0 on 2/11/2022 |
| Apr 2023 | $820 | $0 | $0 on 2/11/2022 |
| Feb 2023 | $820 | $0 | $0 on 2/11/2022 |
| Jan 2023 | $820 | $0 | $0 on 2/11/2022 |

**Additional info**

Between Jan 2023 and Nov 2024, your credit limit/high balance was $500

**Contact Info**

Address

PO BOX 982238,
EL PASO TX 79998

Phone Number

(800) 421-2110

## Comment

### Current:

Account closed at credit grantor's request.

### Previous:

Account closed at credit grantor's request.

Dec 2023 to Nov 2024

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Sep 2024



## Reinvestigation Info

This item was updated from our processing of your dispute in Dec 2023.

## BK OF AMER

### POTENTIALLY NEGATIVE



### Account Info

| | |
|---|---|
| Account Name | BK OF AMER |
| Account Number | 650100XXXXXXXX |
| Account Type | Auto Loan |
| Responsibility | Joint with MONA JEAN |
| Date Opened | 11/08/2021 |
| Status | Paid, Closed. $8,068 written off. |
| Status Updated | Dec 2023 |

| | |
|---|---|
| Balance | |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $9,328 |
| Highest Balance | - |
| Terms | 60 Months |

Annual Credit Report - Experian

1/5/25, 10:08 PM

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **30** | **60** | **90** | **120** | **150** | **180** | **180** | **CO** | **CO** |
| 2023 | ✓ | ✓ | | | | | | | | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| ✓ | Current / Terms met | | 30 | Past due 30 days |
| 60 | Past due 60 days | | 90 | Past due 90 days |
| 120 | Past due 120 days | | 150 | Past due 150 days |
| 180 | Past due 180 days | | CO | Charge off |

### Payment history guide

Charge Off as of Dec 2023, Nov 2023

180 days past due as of Oct 2023, Sep 2023

150 days past due as of Aug 2023

120 days past due as of Jul 2023

90 days past due as of Jun 2023

60 days past due as of May 2023

30 days past due as of Apr 2023

### Balance Histories



| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Oct 2023 | $7,994 | $184 | $0 on 3/2/2023 |
| Sep 2023 | $7,915 | $184 | $0 on 3/2/2023 |
| Aug 2023 | $7,838 | $184 | $0 on 3/2/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jul 2023 | $7,759 | $184 | $0 on 3/2/2023 |
| Jun 2023 | $7,680 | $184 | $0 on 3/2/2023 |
| May 2023 | $7,603 | $184 | $0 on 3/2/2023 |
| Apr 2023 | $7,524 | $184 | $0 on 3/2/2023 |
| Mar 2023 | $7,447 | $184 | $190 on 3/2/2023 |
| Feb 2023 | $7,558 | $184 | $0 on 1/26/2023 |
| Jan 2023 | $7,483 | $184 | $190 on 1/26/2023 |



### Additional info

The original amount of this account was $9,328

### Contact Info

Address

PO BOX 31785,
TAMPA FL 33631

Phone Number

(800) 669-6607



### Reinvestigation Info



This item was updated from our processing of your dispute in Nov 2024.

## CAPITAL ONE

Annual Credit Report - Experian

1/5/25, 10:08 PM

## Account Info

| | |
|---|---|
| Account Name | **CAPITAL ONE** |
| Account Number | **400344XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Individual** |
| Date Opened | **03/15/2021** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Dec 2021** |

| | |
|---|---|
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | **$1,000** |
| Highest Balance | **$1,111** |
| Terms | - |
| On Record Until | **Dec 2031** |

## Payment History

| 2021 | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CLS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS |

✓ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Dec 2031.

## Contact Info

Address          PO BOX 31293,
                 SALT LAKE CITY UT 84131

Phone Number     (800) 955-7070

## Comment

**Current:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Account closed at credit grantor's request.

**Previous:**

None



### Reinvestigation Info

This item was updated from our processing of your dispute in Apr 2023.

# DISCOVER BANK

**POTENTIALLY NEGATIVE**

## Account Info

| | | | |
|---|---|---|---|
| Account Name | DISCOVER BANK | Balance | $268 |
| Account Number | 601101XXXXXXXXXX | Balance Updated | 12/22/2024 |
| Account Type | Secured Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 11/05/2021 | Credit Limit | $300 |
| Status | Account charged off. $268 written off. $268 past due as of Dec 2024. | Highest Balance | $484 |
| | | Terms | - |
| Status Updated | Jul 2022 | On Record Until | Oct 2028 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |



1/5/25, 10:08 PM

Annual Credit Report - Experian



| 2022 | 30 | 60 | 90 | 120 | 150 | 180 | CO | ND | CO | CO | CO | CO |

2021

✓ Current / Terms met        30   Past due 30 days
60   Past due 60 days          90   Past due 90 days
120  Past due 120 days         150  Past due 150 days
180  Past due 180 days         CO   Charge off
ND   No data for this period

### Payment history guide

Charge Off as of Oct 2022 to Dec 2024, Sep 2022, Sep 2022, Aug 2022

180 days past due as of Jul 2022

150 days past due as of Jun 2022

120 days past due as of May 2022

90 days past due as of Apr 2022

60 days past due as of Mar 2022

30 days past due as of Feb 2022

This account is scheduled to continue on record until Oct 2028.

### Balance Histories



| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Nov 2024 | $268 | $0 | $0 on 2/4/2022 |
| Oct 2024 | $268 | $0 | $0 on 2/4/2022 |
| Sep 2024 | $268 | $0 | $0 on 2/4/2022 |
| Jul 2024 | $268 | $0 | $0 on 2/4/2022 |



| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2024 | $268 | $0 | $0 on 2/4/2022 |
| May 2024 | $268 | $0 | $0 on 2/4/2022 |
| Apr 2024 | $268 | $0 | $0 on 2/4/2022 |
| Mar 2024 | $268 | $0 | $0 on 2/4/2022 |
| Feb 2024 | $268 | $0 | $0 on 2/4/2022 |
| Jan 2024 | $268 | $0 | $0 on 2/4/2022 |
| Dec 2023 | $268 | $0 | $0 on 2/4/2022 |
| Oct 2023 | $268 | $0 | $0 on 2/4/2022 |
| Sep 2023 | $268 | $0 | $0 on 2/4/2022 |
| Aug 2023 | $268 | $0 | $0 on 2/4/2022 |
| Jul 2023 | $268 | $0 | $0 on 2/4/2022 |
| Jun 2023 | $268 | $0 | $0 on 2/4/2022 |
| May 2023 | $268 | $0 | $0 on 2/4/2022 |
| Apr 2023 | $268 | $0 | $0 on 2/4/2022 |
| Mar 2023 | $268 | $0 | $0 on 2/4/2022 |
| Feb 2023 | $268 | $0 | $0 on 2/4/2022 |
| Feb 2023 | $268 | $0 | $0 on 2/4/2022 |

**Additional info**

Between Feb 2023 and Nov 2024, your credit limit/high balance was $300



**Contact Info**

Address

PO BOX 30939,
SALT LAKE CITY UT 84130

Phone Number

(800) 347-2683

**Comment**

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

**Previous:**

None

**Reinvestigation Info**

This item was updated from our processing of your dispute in Dec 2023.

# Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

# Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent

 **Sound** FEDERAL CREDIT UNION

**Sound Federal Credit Union**
37 North Avenue
Norwalk, CT 06851
Phone: (203) 977-4701
Fax: (203) 324-7546
mysoundcu.org

 *Exhibit 3 Pg 1*

**ADVERSE ACTION NOTICE**

| ACCOUNT NUMBER |
|---|

| MEMBER'S NAME AND ADDRESS | | DATE |
|---|---|---|
| Lensendro Laguerre | 26 Broad St Apt 4 Norwalk, CT 06851-6185 | 11/22/2024 |

**Dear Member:**

We recently reviewed your request for credit, account services, or changes in your account. After careful consideration, the Credit Union has taken the following adverse action(s) on your application or account:

**Credit/Loan Request**

- [x] We are unable to extend credit to you at this time.
- [ ] Your credit line has been suspended.
- [ ] We have closed your loan account.
- [ ] A change in your terms is unfavorable to you.
- [ ] Your credit limit has been decreased to $ _____
- [ ] We are unable to honor your requested increase in credit limit.
- [ ] Other: _____

**Deposit/Electronic Funds Transfer (EFT) Services**

- [ ] We are unable to open a share draft/checking or share/savings account at this time.
- [ ] We have closed your share draft/checking or share/savings account.
- [ ] We are unable to open EFT service at this time.
- [ ] Your EFT service has been suspended.
- [ ] We have closed your EFT service.
- [ ] We have frozen your account funds.
- [ ] A change to your account or EFT service is unfavorable to you.
- [ ] Other: _____

**The principal reason(s) for the above credit decision(s):**

**Credit References**
- [ ] Insufficient number of credit references
- [ ] Unacceptable type of credit references
- [ ] Unable to verify credit references

**Employment**
- [ ] Temporary or irregular employment
- [ ] Unable to verify employment
- [ ] Length of employment

**Income**
- [ ] Insufficient income
- [ ] Excessive obligations in relation to income
- [ ] Unable to verify income

**Residence**
- [ ] Length of residence
- [ ] Temporary residence
- [ ] Unable to verify residence

**Credit History**
- [ ] No credit file
- [ ] Limited credit experience
- [ ] Poor credit performance with us
- [ ] Delinquent past or present credit obligations with others
- [x] Garnished, attachment, foreclosure, repossession, collection action or judgement
- [ ] Bankruptcy

**Collateral**
- [ ] Value or type of collateral not sufficient

**Account Services**
- [ ] Poor share draft/checking account history
- [ ] Insufficient account/EFT activity
- [ ] Not eligible for membership in this credit union

**Other**
- [ ] Specify: _____
_____
_____
- [ ] Failure to complete loan processing

- [ ] **INFORMATION REQUEST:** We request the following information in order to make a decision on your application: _____
  If we do not receive this information by _____ we will be unable to consider your application.

- [ ] **COUNTER OFFER:** We are unable to extend credit/services on the terms you requested for the reason(s) given above, but can offer you credit/services on the following terms: _____
  and the following conditions: _____
  If this offer is acceptable to you please notify us no later than _____ at the address at the top of this notice.

**Disclosure of use of information obtained from an outside source:**
*(Complete this section if the Credit Union's action(s) were based in whole or in part on information that has been obtained from an outside source.)*

- [ ] The Credit Union's action(s) were based in whole or in part on information obtained in a report from the consumer reporting agency listed below. However, the reporting agency did not make the decision and is unable to supply you with specific reasons for our action(s). You have a right under the Fair Credit Reporting Act and/or state law, to know the information contained in your credit file at the consumer reporting agency. You have the right to obtain a free copy of this report from the consumer reporting agency, and from any other consumer reporting agency which complies and maintains files on consumers on a nationwide basis, if you submit a written request to the agency(ies) no later than 60 days after you receive this notice. You also have the right to dispute with the consumer reporting agency(ies) the accuracy or completeness of any information in the report(s).

| NAME | | TELEPHONE NUMBER |
|---|---|---|
| **EXPERIAN** | | 888-397-3742 |
| ADDRESS | | |
| P.O. Box 2002 | Allen, TX 75013 | |

- [ ] The Credit Union's action(s) were based in whole or in part on information obtained from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request to us no later than 60 days after you receive this notice, for disclosure of the nature of this information.

If you have any questions regarding this notice, please contact us at the address or telephone number at the top of this notice. **Thank you.**

 COPYRIGHT 2005 Securian Financial Group, Inc. All rights reserved.

*Exhibit 3 pg 2*

☐ If checked, we obtained your credit score from the following consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Name of consumer reporting agency: **EXPERIAN**

Your credit score: **600**          Date of score: **11/17/2024**

Scores range from a low of: **300**          to a high of: **850**

Key factors that adversely affected your credit score:

**LACK OF REAL ESTATE SECURED LOAN INFORMATION.**

**TOO MANY DELINQUENT OR DEROGATORY ACCOUNTS.**

**TOO FEW INSTALLMENT ACCOUNTS RECENTLY PAID AS AGREED.**

☐ If checked, the number of inquiries was a key factor adversely affecting your credit score.

If you have questions regarding your credit score, please contact the consumer reporting agency listed at the address and phone number on page 1.

## EQUAL CREDIT OPPORTUNITY ACT NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this credit union is: National Credit Union Administration, Office of Consumer Financial Protection (OCFP), 1775 Duke Street, Alexandria, VA 22314.

## NOTICE TO CONNECTICUT RESIDENTS:

It shall be a discriminatory practice for any creditor to discriminate on the basis of sex, gender identity or expression, age, race, color, religious creed, national origin, ancestry, marital status, intellectual disability, learning disability, blindness, physical disability, status as a veteran or status as a victim of domestic violence against any person eighteen years of age or over in any credit transaction.

THE CONNECTICUT HOME MORTGAGE DISCLOSURE ACT PROHIBITS DISCRIMINATION AGAINST HOME PURCHASE LOAN, HOME IMPROVEMENT LOAN OR OTHER MORTGAGE LOAN APPLICANTS SOLELY ON THE BASIS OF THE LOCATION OF THE PROPERTY TO BE USED AS SECURITY. THE AGENCY WHICH ENFORCES COMPLIANCE WITH THIS LAW IS:

DEPARTMENT OF BANKING 260 CONSTITUTION PLAZA HARTFORD, CONNECTICUT 06103

IF YOU BELIEVE YOU HAVE BEEN UNFAIRLY DISCRIMINATED AGAINST, YOU MAY FILE A WRITTEN COMPLAINT WITH THE COMMISSIONER OF BANKING AT THE ABOVE ADDRESS.

Exhibit # 4

pg 1

11/17/24, 10:42 PM                                    Sound Federal Credit Union

 **Sound**
FEDERAL CREDIT UNION

Request     Applicant     Submit

| Personal Line of Credit | ⌄ |
| Single | ⌄ |

Loan Amount
**$3,000,000.00**

Desired Term (Months)
**24**

Previous     Next

© 2020 Sound Federal Credit Union
888 Washington Boulevard, Stamford, CT 06901-3706

Exhibit 4

Pg 2

11/17/24, 10:47 PM                                          Sound Federal Credit Union



**Application #21363**

**Thank you for your application.**

If you would like an update on the status of your pending application during normal business hours, please contact us at your convenience, otherwise a customer service representative will be contacting you as soon as possible.

[Return to Home Page](Return to Home Page)

© 2020 Sound Federal Credit Union
888 Washington Boulevard, Stamford, CT 06901-3706





Envelope

Recycle me.

ORIGIN ID:YAKA  (203) 945-9921
BRANDON VERNON
31 HAWTHORNE DR

NORWALK, CT 06851
UNITED STATES US

SHIP DATE: 28JAN25
ACTWGT: 0.15 LB
CAD: 6570125/ROSA2610

TO
**U.S DISTRICT CLERK COURT**
**915 LAFAYETTE BLVD**

**BRIDGEPORT CT 06604**
(203) 946-9921       REF:
                     DEPT:

FedEx
Express
**E**



TRK# 7717 3299 3476    WED – 29 JAN 10:30A
                       PRIORITY OVERNIGHT

**EB BCCA**              06604
                CT-US    BDL